UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| EDWARD JAMES SERVIN, | No. 2:15-cv-779-JAM-EFB P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| RONALD RACKLEY, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests an extension of time to file his opposition to respondent's motion to dismiss. He also seeks clarification as to who the proper respondent is in this action, given petitioner's recent transfer to a new prison. The court hereby clarifies that the proper respondent is the warden of the facility where petitioner is being held, and the court will substitute the correct respondent as needed. *See Rumsfeld v. Padilla*, 542 U.S. 435 (2004).

IT IS HEREBY ORDERED that petitioner's motion for extension of time is granted and petitioner has 30 days from the date this order is served to file a response to the motion to dismiss. The Clerk shall terminate docket entries 13 and 14.

DATED: August 12, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE